In the Matter of WILLIAM Z., Appellant, v ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of KATY Z., Respondent. (Appeal No. 3.) [696 NYS2d 924] —Order unanimously

affirmed without costs. Same Memorandum as in *Matter of Katy Z.* (265 AD2d 932 [decided herewith]). (Appeal from Order of Erie County Family Court, Dillon, J.—Placement.) Present—Lawton, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ.